IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW SWAINSON,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | **No. 22-2163** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 14th day of December, 2022, upon consideration of Mr. Santiago's Motion to Stay (Doc. No. 34), and Mr. Swainson's opposition thereto (Doc. No. 37), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Mr. Santiago's Motion to Stay (Doc. No. 34) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1