IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW SWAINSON,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **CITY OF PHILADELPHIA et al.,** *Defendants* | : : : | **No. 22-2163** |

## ORDER

**AND NOW**, this 9 day of January, 2023, upon consideration of the Motion to Dismiss filed by the City of Philadelphia and Detectives James Alexander and Joseph Fischer (Doc. No. 23), the responses and replies thereto, including oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 23) is **GRANTED** in part. Mr. Swainson's Fourteenth Amendment malicious prosecution claims against the City of Philadelphia and Detectives Alexander and Fischer are dismissed. The Motion is **DENIED** as to all other counts.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1