IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW SWAINSON, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | No. 22-2163 |
| *Defendants* | : | |

## ORDER

AND NOW, this 18th day of May, 2023, upon consideration of the parties' stipulated protective order (Doc. No. 55-1), it is hereby **ORDERED** that the protective order is **APPROVED.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1