**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW SWAINSON,** *Plaintiff* | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA et al.,** *Defendants* | : | **No. 22-2163** |

**ORDER**

**AND NOW**, this 22nd day of June, 2023, upon consideration of Mr. Swainson's unopposed request (Doc. No. 52), it is hereby **ORDERED** that Defendant City of Philadelphia shall within 30 days of this Order provide to all counsel true and correct copies of any and all documents in its possession concerning Paul Presley (aka, Kareem Miller), Kevin Pearson, Allen Proctor (aka Allen Procter), Leonard Roberts, and Stanley Opher in the following categories:

a. The complete criminal history of each of the above referenced individuals in the possession of the Philadelphia Police Department;

b. All files regarding any arrest by the Philadelphia Police Department of the named individuals; and

c. All files regarding the investigation for any crime for which each referenced individual was charged.

**BY THE COURT:**

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE