**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW SWAINSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et. al.,<br><br>Defendants. | Civil Action No. 22-2163 |

# JOINT STATUS REPORT REGARDING DISCOVERY

The parties, through the below designated counsel, jointly submit this status report regarding discovery in this matter:

1. The Court addressed scheduling at a conference on December 19, 2022, and directed the parties to submit a proposed case management schedule. The parties did so on January 6, 2023 (ECF 45). That proposed schedule suggested, among other things, the completion of fact discovery on or before October 20, 2023, and the filing of dispositive motions by February 9, 2024. Since that time, the Court has not entered any Scheduling Order.

2. The parties have engaged in extensive documentary discovery. Plaintiff has served on defendants more than 26,000 pages of documents. Defendants have served on plaintiff more than 17,000 pages of documents. The parties have also sought and obtained voluminous discovery from third parties.

3. The parties have commenced depositions and have completed the deposition of one third-party witness.

4. Plaintiff has noticed the deposition of the main defendant, Manuel Santiago. All parties agree that the deposition will require more than seven hours of testimony. The deposition

was initially scheduled to take place over two days, September 11-12, 2023, but unforeseen conflicts for Santiago and his counsel required rescheduling. The first day of the deposition has been rescheduled for September 27, 2023, with a second date to be arranged thereafter.

5. The parties have scheduled the following additional depositions noticed by plaintiff:

a. Defendant Joseph Fischer, scheduled for October 2, 2023;

b. Defendant James Alexander, scheduled for October 3, 2023;

c. Third-party witness Andrew Wellbrock, Esq. (the assistant district attorney who moved to dismiss the charges against Mr. Swainson), scheduled for October 10, 2023; and

d. Third-party witness Judith Rubino, Esq. (the assistant district attorney who prosecuted Mr. Swainson at trial), scheduled for October 27, 2023.

6. Plaintiff is in the process of scheduling an additional third-party deposition for a non-police witness with information about the police investigation and intends to conduct that deposition during the week of October 23, 2023.

7. The parties expect that testimony in the above-referenced depositions will give rise to the need for additional depositions including, but not limited to, Philadelphia Police Department supervisory personnel who will testify concerning plaintiff's municipal liability claims, relevant Rule 30(b)(6) witnesses regarding certain police practices issues, and additional third-party witnesses interviewed by the defendant detectives at the time of Mr. Swainson's prosecution.

8. Given this expectation, the parties believe at this point that they will require additional time to conduct discovery and to prepare for the litigation of dispositive motions beyond the deadlines in the proposal filed on January 6, 2023.

9. At the Court's direction, the parties will be prepared to submit a revised proposed schedule and, in any event, will submit an additional status report regarding the progress of discovery no later than October 30, 2023.

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
Grace Harris
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
718 Arch Street
Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

Emma Freudenberger*
Amelia Green*
Christina Matthias
Tony Joe*
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
(212) 965-9081

*Counsel for Plaintiff Andrew Swainson*

* Admitted *pro hac vice*

*/s/ Daniel Cerone*
Danielle E. Walsh
Divisional Deputy City Solicitor
Daniel Cerone
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-2964

*Counsel for Defendants*

*/s/ Brian McMonagle*
Brian McMonagle
Jacob W. Segal
McMonagle, Perri, McHugh, Mischak, & Davis, PC
1845 Walnut St., Ste. 1900
Philadelphia, PA 19103
(215) 981-0999

*Counsel for Defendant Manuel Santiago*

DATED: September 13, 2023