PHILADELPHIA POLICE DEPARTMENT

M E M O R A N D U M (86-7) OCTOBER 28, 1986

SUBJECT: NOTIFICATION OF INTERNAL AFFAIRS DIVISION

I. POLICY

The ranking supervisor in a district or unit must notify Internal Affairs Division whenever one of the following events occur within their sphere of responsibility.

A. A person has to be hospitalized or dies while in police custody.

B. A person has to be hospitalized or dies as the result of actions taken by police.

C. When an officer, on or off duty, discharges any firearm.

D. If there is a possibility that an officer, on or off duty, has committed a crime.

II. This order does not relieve any person from their responsibility to conduct a thorough and complete investigation. The decision to enter the investigation will be made at the discretion of the Internal Affairs Division. All Police Department personnel will render Internal Affairs whatever assistance necessary.

KEVIN M. TUCKER
Commissioner