**Concise Officer History**

**Det James Alexander [/125475]**

Payroll Number: 125475 Hire date: May 11, 1970 Current assignment since: Nov 08, 1991
Current assignment(s):
Bureau: RETIREMENT
Division:
District Unit:

**Involved Officer: Complaint Against Police** **IA No: 85-0106**
**Received: Apr 03, 1985**
**DC no: 85-06-021074**

Incident disposition/finding: Not Sustained
**Policy outcome: Not yet entered**
Classification: Verbal Abuse Disposition: Not Sustained Assigned: Dennis Gallagher

VA

Complainant: David Hackley

Allegations:

Verbal Abuse -

Report summary: totals by incident type:

| Incident type | Received |
|---|---|
| Complaint Against Police | 1 |
| Internal Investigations | 0 |
| Off Duty Action | 0 |
| PBI | 0 |
| Police discharge | 0 |
| **Total** | **1** |

Printed: Jan 31, 2023 17:23 By: Civ Andrew Pomager

**Concise Officer History**

**CAPT Arthur Durrant [/118598]**

Payroll Number: 118598 Hire date: Current assignment since: Jan 12, 2002
Current assignment(s):
Bureau: RETIREMENT
Division:
District Unit:

Report summary: totals by incident type:

| Incident type | Received |
|---|---|
| Complaint Against Police | 0 |
| ISS Investigations | 0 |
| Off Duty Action | 0 |
| PBI | 0 |
| Police discharge | 0 |
| **Total** | **0** |

Printed: Jan 31, 2023 17:25 By: Civ Andrew Pomager

**Concise Officer History**

**Det Joseph Fischer [9205/128989]**

Payroll Number: 128989 Hire date: Mar 29, 1971 Current assignment since: Oct 09, 1998
Current assignment(s):
Bureau: RETIREMENT
Division:
District Unit:

**Involved Officer: Complaint Against Police IA No: 94-0182**
**Received: Jun 08, 1994**
**DC no: 94-22-029125**

Incident disposition/finding: Not Sustained
**Policy outcome: Not yet entered**
Classification: Other Misconduct Disposition: Not Sustained Assigned: Elizabeth Romanausky

SEARCH = ILLEGAL

Complainant: Willamina Matthews

Allegations:

Other Misconduct -

**Involved Officer: Complaint Against Police IA No: 94-0372**
**Received: Nov 18, 1994**
**DC no: 94-22-064450**

Incident disposition/finding: Exonerated
**Policy outcome: Not yet entered**
Classification: Other Misconduct Disposition: Exonerated Assigned: James Flanagan

DAMAGED PROPERTY HARASSMENT

Complainant: Donna Jones

Allegations:

Other Misconduct -

Report summary: totals by incident type:

| **Incident type** | **Received** |
|---|---|
| Complaint Against Police | 2 |
| Internal Investigations | 0 |
| Off Duty Action | 0 |
| PBI | 0 |
| Police discharge | 0 |
| **Total** | **2** |

Printed: Jan 31, 2023 17:24 By: Civ Andrew Pomager

**Concise Officer History**

**Det Francis Miller [0732/93957]**

Payroll Number: 93957 Hire date: Oct 07, 1963 Current assignment since: Feb 06, 1999
Current assignment(s):
Bureau: RETIREMENT
Division:
District Unit:

**Involved Officer: Complaint Against Police** **IA No: 88-0284**
**Received: Jul 21, 1988**
**DC no: 88-02-025698**

Incident disposition/finding: Exonerated
**Policy outcome: Not yet entered**
Classification: Abuse Of Authority Disposition: Exonerated Assigned: Capt Joseph ODonnell

ABUSE/AUTHORITY

Complainant: James Gleason

Allegations:

Abuse of Authority -

**Involved Officer: Internal Investigations** **IA No: 96-1224**
**Received: Dec 12, 1996**

Incident disposition/finding: Unfounded
**Policy outcome: Not yet entered**
Classification: Other Misconduct Disposition: Unfounded Assigned: Lieut Donald Scott

FALSE ARREST PERJURY

Complainant: Damon Miller

Allegations:

Other Misconduct -

Report summary: totals by incident type:

| **Incident type** | **Received** |
|---|---|
| Complaint Against Police | 1 |
| Internal Investigations | 1 |
| Off Duty Action | 0 |
| PBI | 0 |
| Police discharge | 0 |
| **Total** | **2** |

Printed: Jan 31, 2023 17:26 By: Civ Andrew Pomager

**Concise Officer History**

**Det Manuel Santiago [0823/124128]**

Payroll Number: 124128 Hire date: Jan 26, 1970 Current assignment since: Dec 27, 1996
Current assignment(s):
Bureau: RETIREMENT
Division:
District Unit:

**Involved Officer: Complaint Against Police IA No: 92-0240**
**Received: Aug 24, 1992**
**DC no: 92-23-034746**

Incident disposition/finding: Not Sustained
**Policy outcome: Not yet entered**
Classification: Verbal Abuse Disposition: Not Sustained Assigned: C/O

VA

Complainant: April Page

Allegations:

Verbal Abuse -

**Involved Officer: Internal Investigations IA No: 95-1195**
**Received: Dec 18, 1995**

Incident disposition/finding: Exonerated
**Policy outcome: Not yet entered**
Classification: Other Misconduct Disposition: Exonerated Assigned: Sergeant Patricia Devereaux

FALSE ARREST PROPERTY=ILLEGALLY SEIZED

Complainant: John Laessig

Allegations:

Other Misconduct -

**Involved Officer: Complaint Against Police IA No: 95-0528**
**Received: Dec 26, 1995**
**DC no: 95-06-078799**

Incident disposition/finding: Not Sustained
**Policy outcome: Not yet entered**
Classification: Physical Abuse Disposition: Not Sustained Assigned: Inspector Robert Trzcinski

PA-PUNCHED VA

Complainant: Phillip Sr Trivigno

Allegations:

Physical Abuse -

Report summary: totals by incident type:

| **Incident type** | **Received** |
|---|---|
| Complaint Against Police | 2 |
| Internal Investigations | 1 |
| Off Duty Action | 0 |
| PBI | 0 |
| Police discharge | 0 |
| **Total** | **3** |

Printed: Jan 31, 2023 17:20 By: Civ Andrew Pomager