PHILADELPHIA POLICE DEPARTMENT

PDITDM01

TRAINING HISTORY RECORDS INSETR



03/24/23

| DIST/UNIT/PLAT | | | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355 | | | | 01/03/75 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 342 | | | | 01/03/75 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355B | | 000 | | 01/12/76 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101D | | 087 | | 01/28/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 328A | | 099 | | 01/29/85 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 102 | | 000 | | 02/04/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 103 | | 000 | | 02/04/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 104 | | 000 | | 02/05/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 105 | | 000 | | 02/05/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 100 | | 000 | | 02/06/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 104B | | 000 | | 02/15/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 102B | | 000 | | 02/15/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 106A | | 000 | | 02/16/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 107A | | 000 | | 02/16/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 387 | | | | 03/ 0/74 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101 | | 262 | | 03/01/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 376 | | | | 03/03/75 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355 | | 000 | | 03/04/77 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 102C | | 000 | | 03/08/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 104C | | 000 | | 03/08/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 308 | | 098 | | 03/14/79 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 340 | | 000 | | 03/16/79 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 106 | | 000 | | 03/17/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 105A | | 000 | | 03/17/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 100B | | 000 | | 03/17/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 100A | | 000 | | 03/18/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 102A | | 000 | | 03/19/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 104A | | 000 | | 03/19/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 402C | | 089 | | 03/28/85 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 504 | | 000 | | 03/28/86 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 107C | | 000 | | 04/07/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101F | | 095 | | 05/05/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101N | | 092 | | 05/09/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101M | | 093 | | 05/09/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101E | | 098 | | 05/14/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 308N | | 098 | | 05/14/92 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 305B | | 099 | | 05/26/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101I | | 097 | | 05/26/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 363 | | | | 06/ 0/71 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 100D | | 000 | | 06/03/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 100C | | 000 | | 06/03/94 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 341A | | 000 | | 06/08/83 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 330M | | 000 | | 06/09/86 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 332X | | 000 | | 06/18/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 322 | | 000 | | 07/12/76 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 322G | | 000 | | 07/25/89 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 000 | | 000 | | 07/27/89 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355D | | 000 | | 07/29/94 |

PHILADELPHIA POLICE DEPARTMENT

PDITDMO1

TRAINING HISTORY RECORDS INSETR



03/24/23

| DIST | UNIT | PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 362 | | | | 08/ 0/69 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 390 | | | | 08/ 0/69 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 317 | | OOD | | 08/ 0/69 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 322 | | | | 08/ 0/71 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 361 | | | | 09/ 0/69 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 319 | | 096 | | 09/ 0/73 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 321 | | | | 10/ 0/69 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355E | | 000 | | 10/14/77 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 101B | | 100 | | 10/15/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 286B | | 100 | | 10/16/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 286 | | 100 | | 10/16/91 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 332G | | 000 | | 10/29/93 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 404J | | 000 | | 11/14/90 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 332U | | 000 | | 11/15/90 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 411 | | 000 | | 11/15/90 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355A | | | | 11/18/75 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 905U | ST JOSEPHS | 0.0 | | 12/12/78 |
| 60 | 03 | 50 | 3 | COHEN MICHAEL | 117426 | 0763 | 10/14/68 | 10/20/69 | 355 | | | | 12/31/74 |

COMPLETE

Confidential - Attorney Eyes Only

PHILADELPHIA POLICE DEPARTMENT

PDITDM01 TRAINING HISTORY RECORDS INSETR PAGE 1

COMPLETE

| DIST/UNIT/PLAT | | | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 340 | | 000 | | 01/03/75 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 340 | | | | 01/10/75 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 309 | | 070 | | 01/15/75 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 105 | | 000 | | 01/25/91 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 105 | | 000 | | 01/25/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 362 | | | | 02/ 0/70 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 361 | | | | 02/ 0/70 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 390 | | | | 02/ 0/70 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 317 | | 86 | | 02/ 0/70 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 103 | | 000 | | 02/21/91 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102 | | 000 | | 02/21/91 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 322G | | 000 | | 02/28/88 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 321 | | | | 03/ 0/70 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 101 | | 240 | | 03/08/91 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 107C | | 000 | | 03/10/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 104C | | 000 | | 03/11/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102D | | 000 | | 03/17/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 104D | | 000 | | 03/17/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100 | | 000 | | 03/20/91 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 105A | | 000 | | 03/20/92 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 101M | | 095 | | 03/24/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102A | | 000 | | 04/02/92 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 104A | | 000 | | 04/02/92 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102C | | 000 | | 04/08/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100A | | 000 | | 04/15/92 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 372 | | | | 05/ 0/73 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 322B | | 000 | | 05/06/89 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 328C | | 000 | | 05/06/89 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100E | | 000 | | 05/12/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 360G | | 000 | | 05/12/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 106B | | 000 | | 05/25/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 910U | TEMPLE | 0.0 | | 06/01/72 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 410A | | 000 | | 06/04/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 332U | | 000 | | 06/04/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 341A | | 000 | | 06/08/83 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 101S | | 099 | | 06/13/95 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100B | | 000 | | 06/18/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 355D | | 000 | | 07/08/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 106 | | 000 | | 07/20/92 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 332G | | 000 | | 07/27/89 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100D | | 000 | | 09/23/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100C | | 000 | | 09/23/94 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 107A | | 000 | | 09/24/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 106A | | 000 | | 09/24/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 504 | | 000 | | 09/30/82 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 309 | | 062 | | 10/ 0/72 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 360 | | | | 10/ 0/72 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 303 | | 064 | | 10/ 0/72 |

PHILADELPHIA POLICE DEPARTMENT

PDITDMO1

TRAINING HISTORY RECORDS INSETR



COMPLETE

| DIST | UNIT | PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 101H | | 075 | | 10/01/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100 | | | | 10/07/71 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 101D | | 085 | | 10/27/92 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 388 | | | | 11/09/74 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102B | | 000 | | 11/15/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 104B | | 000 | | 11/15/93 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 402C | | 091 | | 12/20/84 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 340 | | 000 | | 12/30/74 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 100F | | 000 | | 03/13/96 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 410 | | 000 | | 03/13/96 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102E | | 000 | | 04/04/96 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 102F | | 000 | | 04/04/96 |
| 60 | 03 | 2F | 3 | SANTIAGO MANUEL | 124128 | 0823 | 01/26/70 | 12/21/72 | 101T | | 090 | | 09/24/96 |

COMPLETE

Confidential - Attorney Eyes Only

PHILADELPHIA POLICE DEPARTMENT

PDITDMO1 TRAINING HISTORY RECORDS INSETR 

COMPLETE

| DIST/UNIT/PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 394 | | 075 | | 01 0 72 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 103 | | 000 | | 01 10 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102 | | 000 | | 01 10 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 105 | | 000 | | 01 11 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104 | | 000 | | 01 11 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 295 | | 000 | | 02 01 76 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102B | | 000 | | 02 04 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104B | | 000 | | 02 04 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 355D | | 000 | | 02 11 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102D | | 000 | | 02 14 95 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104D | | 000 | | 02 14 95 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 106B | | 000 | | 02 27 95 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 308 | | 072 | | 03 0 73 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 308 | | 094 | | 03 0 73 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 107A | | 000 | | 03 02 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 106A | | 000 | | 03 02 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 317 | | 90S | | 04 0 71 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 390 | | | | 04 0 71 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 317 | | 90S | | 04 0 71 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 913U | TEXTILE | 0.0 | | 04 02 79 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 328A | | 098 | | 04 05 85 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100A | | 000 | | 04 15 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104A | | 000 | | 04 16 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102A | | 000 | | 04 16 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 106 | | 000 | | 04 17 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 105A | | 000 | | 04 17 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 107C | | 000 | | 04 21 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100C | | 000 | | 04 22 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100D | | 000 | | 04 22 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100 | | 000 | | 04 24 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 362 | | | | 05 0 71 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 361 | | | | 05 0 71 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 321 | | | | 05 0 71 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101M | | 090 | | 05 09 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101N | | 094 | | 05 09 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100E | | 000 | | 05 12 95 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 360G | | 000 | | 05 12 95 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101D | | 092 | | 05 13 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101F | | 100 | | 05 14 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 298 | | 092 | | 05 24 78 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 305B | | 098 | | 05 26 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101I | | 090 | | 05 26 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 328A | | 000 | | 06 10 87 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 402C | | 000 | | 06 10 87 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102C | | 000 | | 06 21 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104C | | 000 | | 06 21 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 322G | | 000 | | 07 20 89 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 332G | | 000 | | 07 27 89 |

Confidential - Attorney Eyes Only 

PHILADELPHIA POLICE DEPARTMENT



TRAINING HISTORY RECORDS INSETR



COMPLETE

| DIST/UNIT/PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 322B | | 000 | | 08 20 87 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 402C | | 092 | | 09 08 87 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 328A | | 000 | | 09 08 87 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 355D | | 000 | | 09 22 94 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101E | | 094 | | 10 02 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 308N | | 094 | | 10 02 92 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 332N | | 000 | | 10 08 86 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 332N | | 000 | | 10 09 86 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101 | | 088 | | 10 10 91 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100B | | 000 | | 10 15 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 335 | | 000 | | 10 27 75 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 322 | | | | 10 27 75 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 332G | | 000 | | 10 29 93 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 298 | | 100 | | 10 30 75 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 101S | | 084 | | 11 13 95 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 396A | | 000 | | 11 15 79 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 404J | | 000 | | 11 16 90 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 322 | | 000 | | 11 23 79 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 360 | | | | 12 0 72 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 309 | | 092 | | 12 0 72 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 308A | | 089 | | 12 26 80 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102E | | 000 | | 04 01 96 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102F | | 000 | | 04 01 96 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104E | | 000 | | 04 02 96 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 108 | | 000 | | 04 02 96 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 410 | | 000 | | 04 03 96 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100F | | 000 | | 04 03 96 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104F | | 000 | | 04 24 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102G | | 000 | | 04 24 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100G | | 000 | | 06 25 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100H | | 000 | | 06 25 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 110A | | 088 | | 09 17 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 110C | | 099 | | 09 17 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 107H | | 000 | | 09 30 97 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 104G | | 000 | | 03 09 98 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 102H | | 000 | | 03 09 98 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 100I | | 000 | | 03 18 98 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 411H | | 000 | | 03 18 98 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 107J | | 000 | | 04 21 98 |
| 60 03 50 | 3 | FISCHER JOSEPH | 128989 | 9205 | 03 29 71 | 06 29 71 | 110F | | 090 | | 05 06 98 |

COMPLETE

Confidential - Attorney Eyes Only

PHILADELPHIA POLICE DEPARTMENT

PDITDMO1 TRAINING HISTORY RECORDS INSETR PAGE 1

COMPLETE

| DIST/UNIT/PLAT | | | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 322 | | | | 01 0 67 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 328M | | 000 | | 01 03 88 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 107A | | 000 | | 01 12 93 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 106A | | 000 | | 01 12 93 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100B | | 000 | | 01 13 93 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102B | | 000 | | 01 14 93 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104B | | 000 | | 01 14 93 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 381 | | | | 02 0 69 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 317 | | 100 | | 02 0 69 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 313 | | 072 | | 02 0 73 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 402W | | 000 | | 02 01 89 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 328A | | 097 | | 02 02 85 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 322G | | 000 | | 02 28 88 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 394 | | 082 | | 03 0 65 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104 | | 000 | | 03 29 91 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 105 | | 000 | | 03 29 91 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101 | | 230 | | 04 01 91 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100 | | 000 | | 04 03 91 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102 | | 000 | | 04 04 91 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 103 | | 000 | | 04 04 91 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101D | | 087 | | 04 13 92 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 106 | | 000 | | 04 14 92 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 105A | | 000 | | 04 14 92 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100A | | 000 | | 04 15 92 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102A | | 000 | | 04 16 92 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104A | | 000 | | 04 16 92 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 106B | | 000 | | 04 27 95 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 504 | | 000 | | 05 20 86 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 341A | | 000 | | 06 08 83 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 318 | | 082 | | 07 0 68 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 332G | | 000 | | 07 27 89 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 383 | | | | 08 0 69 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 383 | | | | 08 0 69 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 322B | | 000 | | 08 21 87 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 364 | | | | 09 0 71 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102D | | 000 | | 09 26 95 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104D | | 000 | | 09 26 95 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102C | | 000 | | 09 27 94 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104C | | 000 | | 09 27 94 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 394 | | 081 | | 10 0 63 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100E | | 000 | | 10 11 95 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 360G | | 000 | | 10 11 95 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100D | | 000 | | 10 12 94 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100C | | 000 | | 10 12 94 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101Q | | 075 | | 10 17 95 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 107C | | 000 | | 10 24 94 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 502C | | 080 | | 10 26 84 |
| 60 | 03 | 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101K | | 087 | | 10 28 94 |

PHILADELPHIA POLICE DEPARTMENT

PDITDM01 TRAINING HISTORY RECORDS INSETR 

COMPLETE

| DIST/UNIT/PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 317 | | 092 | | 11 0 69 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101H | | 079 | | 11 03 93 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 322 | | | | 12 0 68 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 355D | | 000 | | 12 02 92 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 332Q | | 000 | | 12 10 88 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100F | | 000 | | 10 16 96 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 410 | | 000 | | 10 16 96 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101U | | 089 | | 10 17 96 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102E | | 000 | | 11 04 96 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102F | | 000 | | 11 04 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104E | | 000 | | 11 05 96 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 108 | | 000 | | 11 05 96 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 101P | | 100 | | 10 17 95 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 110 | | 093 | | 09 17 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 110C | | 091 | | 09 17 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104F | | 000 | | 10 27 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102G | | 000 | | 10 27 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 107H | | 000 | | 10 31 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100G | | 000 | | 11 17 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100H | | 000 | | 11 17 97 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 110D | | 092 | | 05 06 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 110C | | 100 | | 05 06 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 107J | | 000 | | 10 20 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 102H | | 000 | | 11 12 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 104G | | 000 | | 11 12 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 100I | | 000 | | 11 13 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 411H | | 000 | | 11 13 98 |
| 60 03 60 | 3 | MILLER FRANCIS | 093957 | 0732 | 10 07 63 | 10 29 69 | 291Y | | 100 | | 11 24 98 |

COMPLETE

Confidential - Attorney Eyes Only

PHILADELPHIA POLICE DEPARTMENT

PDITDMO1 TRAINING HISTORY RECORDS INSETR PAGE 1

03/24/23

| DIST/UNIT/PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | DURRANT ARTHUR | 118598 | | | | | | | | |
| | 6 | DURRANT ARTHUR | 118598 | | | | | | | | |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 103 | | 000 | | 01 07 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 102 | | 000 | | 01 07 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104 | | 000 | | 01 08 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 105 | | 000 | | 01 08 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 322B | | 000 | | 01 09 86 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100 | | 000 | | 01 09 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 348 | | 000 | | 01 11 90 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402A | | 000 | | 01 27 86 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402S | | 000 | | 01 31 86 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402C | | 096 | | 02 05 86 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 107B | | 000 | | 02 09 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104B | | 000 | | 02 11 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 106A | | 000 | | 02 11 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100B | | 000 | | 02 12 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 350V | | 000 | | 02 22 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104D | | 000 | | 02 22 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 102D | | 000 | | 02 22 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 106B | | 000 | | 02 23 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 526A | | 094 | | 02 24 81 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100E | | 000 | | 02 24 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 350U | | 000 | | 02 26 90 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 366I | | 000 | | 02 26 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 322G | | 000 | | 02 27 88 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 308 | | 095 | | 02 28 79 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 309 | | 086 | | 03 0 73 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 526D | | 074 | | 03 01 83 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 107D | | 000 | | 03 02 94 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100D | | 000 | | 03 03 94 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100C | | 000 | | 03 03 94 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 342 | | 000 | | 03 05 79 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 355D | | 000 | | 03 11 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 355M | | 000 | | 03 16 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 105A | | 000 | | 03 24 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 106 | | 000 | | 03 24 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100A | | 000 | | 03 25 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 102A | | 000 | | 03 26 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104A | | 000 | | 03 26 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 200V | | 000 | | 04 06 90 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 200W | | 000 | | 04 06 90 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 293 | | 100 | | 04 14 77 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 388 | | 087 | | 04 21 75 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402G | | 000 | | 05 17 84 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101M | | 081 | | 05 24 94 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101E | | 093 | | 05 26 92 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101S | | 085 | | 06 01 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101A | | 226 | | 06 03 91 |

Confidential - Attorney Eyes Only

PHILADELPHIA POLICE DEPARTMENT

PDITDMO1

TRAINING HISTORY RECORDS INSETR



03/24/23

| DIST/UNIT/PLAT | RANK | NAME | PAY-NO | BADGE | APP-DATE | ASG-DATE | TRN-CODE | SCHOOL | SCORE | TRN-HRS | TRN-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 350Z | | 000 | | 06 09 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101S | | 099 | | 06 15 95 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 297 | | 098 | | 06 29 78 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 526E | | 092 | | 06 30 83 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 332G | | 000 | | 07 27 89 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 387 | | | | 08 0 73 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 319 | | 086 | | 08 0 73 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 308 | | 093 | | 08 24 82 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 344 | | 000 | | 08 27 82 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 308A | | 091 | | 09 17 84 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402B | | 000 | | 09 18 84 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402D | | 000 | | 09 19 84 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 340D | | 000 | | 09 21 84 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 308N | | 088 | | 09 26 90 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101I | | 088 | | 09 28 93 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 322B | | 000 | | 10 05 87 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 296 | | 092 | | 10 14 76 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 332 | | 000 | | 10 30 87 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 322 | | | | 11 0 73 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 402H | | 000 | | 11 19 88 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 292 | | 050 | | 11 24 77 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 332Q | | 000 | | 12 10 88 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 350D | | 000 | | 12 16 91 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 292 | | 000 | | 12 17 77 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 293 | | 100 | | 12 20 77 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 526B | | 090 | | 12 20 81 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 308A | | 084 | | 12 26 80 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 107G | | 000 | | 02 22 96 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104E | | 000 | | 02 22 96 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100F | | 000 | | 02 23 96 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 101T | | 086 | | 04 24 96 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 350Y | | 000 | | 05 14 96 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 406 | | 000 | | 09 12 96 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100H | | 000 | | 02 27 97 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100G | | 000 | | 02 27 97 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104F | | 000 | | 02 26 97 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 107I | | 000 | | 02 25 97 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 110A | | 095 | | 05 01 97 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 411H | | 000 | | 02 27 98 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 100I | | 000 | | 02 27 98 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 102H | | 000 | | 02 26 98 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 104G | | 000 | | 02 26 98 |
| 98 19 50 | 6 | DURRANT ARTHUR | 118598 | 0030 | 02 03 69 | 11 30 00 | 107J | | 000 | | 02 24 98 |

COMPLETE

Confidential - Attorney Eyes Only