NSB Swainson 026164



NSB Swainson 026165

NSB Swainson 057371



NSB Swainson 057370



NSB Swainson 026168



NSB Swainson 026169

NSB Swainson 026170



NSB Swainson 026171

NSB Swainson 026172



NSB Swainson 026173



NSB Swainson 057373



NSB Swainson 057372



NSB Swainson 026176



NSB Swainson 026177