| ATTEMPTS TO APPREHEND - LOG (ADDITIONAL SURVEYS) | | CASE NUMBER H88-15 | CONTINUATION SHEET # |
|---|---|---|---|
| (SUBSEQUENT ATTEMPTS ONLY) | | DATE PREPARED Friday 2-19-88 | |

| SUBJECT WANTED | | | | |
|---|---|---|---|---|
| NAME (LAST) Swinson | (FIRST) Andrew Francis | PP# NPR | D.C. NUMBER 88/18-3831 | WARRANT NUMBER 161451 |

## ADDITIONAL SURVEYS

**RESIDENCE #1** — □  PLACE OF EMPLOYMENT □  PLACES FREQUENTED: □ BAR □ CLUB □ POOL ROOM □ STREET CORNER □ OTHER(SPECIFY)

PERSONS INTERVIEWED (INDICATE IF WANTED PERSONS - PARENTS, WIFE, RELATIVE OR FRIEND)

ADDRESS | (CITY) | (STATE) | TIME A.M./P.M. | DATE

RESPONSE TO INTERVIEW: □ NEGATIVE  □ POSITIVE (IF POSITIVE ENTER THE ADDITIONAL INFORMATION IN REMARKS)

**RESIDENCE #2** — □  PLACE OF EMPLOYMENT □  PLACES FREQUENTED: □ BAR □ CLUB □ POOL ROOM □ STREET CORNER □ OTHER(SPECIFY)

PERSONS INTERVIEWED (INDICATE IF WANTED PERSONS - PARENTS, WIFE, RELATIVE OR FRIEND)

ADDRESS | (CITY) | (STATE) | TIME A.M./P.M. | DATE

RESPONSE TO INTERVIEW: □ NEGATIVE  □ POSITIVE (IF POSITIVE ENTER THE ADDITIONAL INFORMATION IN REMARKS)

**RESIDENCE #3** — □  PLACE OF EMPLOYMENT □  PLACES FREQUENTED: □ BAR □ CLUB □ POOL ROOM □ STREET CORNER □ OTHER(SPECIFY)

PERSONS INTERVIEWED (INDICATE IF WANTED PERSONS - PARENTS, WIFE, RELATIVE OR FRIEND)

ADDRESS | (CITY) | (STATE) | TIME A.M./P.M. | DATE

RESPONSE TO INTERVIEW: □ NEGATIVE  □ POSITIVE (IF POSITIVE ENTER THE ADDITIONAL INFORMATION IN REMARKS)

**REMARKS:** #1 Det's Cohen and Alexander in HQ doing background work on this fugitive. No Veh registered to him, No Pa or NY driver's lic, No Federal or State Criminal Record.

#2 Det's prepared application for issuance of Unlawful Flight to Avoid Prosecution Warrant. Sent same thru channels for processing.

#3 Det's rec'd info that fug went to Jamaica to get married and is supposed to return to Phila in the 1st week of March. That he left according to his sister, Trisha on Thur 2-11-88. Det's contacted Air Jamaica (718/244-0298-SARAH), who checked their records. No passenger named Swinson. Contacted American Airlines (212/431-1132), will have to cull files, will get back to det's with any info.

#4 See reverse side.

Det's M. Cohen #763 and J. Alexander #9147     Hom. Div.

REPORT PREPARED BY (NAME) (BADGE) (DIV/UNIT) SUPERVISORS SIGNATURE