IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW SWAINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 22-2163 |

## ORDER

**AND NOW**, this 2nd day of July, 2025, upon consideration of the Motion to Prelude the Testimony and Report of Plaintiff's Expert Michael K. Lynch filed by Defendants the City of Philadelphia, Detective Joseph Fischer, and Detective James Alexander (Docket No. 82), all documents filed in connection therewith, and the Hearing held on April 15, 2025, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.