UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW SWAINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA, et. al.,<br><br>        Defendants. | Civil Action No. 2:22-cv-2163 (WB) |

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff Andrew Swainson, through counsel, confirms that all matters related to the settlement of this litigation have been resolved and respectfully requests that the Court enter an Order of dismissal pursuant to Local Civ. R. 41.1(b).

Dated: September 29, 2025

Respectfully submitted,

*/s/  Katrina C. Rogachevsky*
Emma Freudenberger*
Amelia Green*
Katrina C. Rogachevsky
Tony Joe*
Neufeld Scheck Brustin Hoffmann &
  Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
(212) 965-9081
**Attorneys admitted to the Eastern*
 *District of Pennsylvania* pro hac vice

Jonathan H. Feinberg
Grace Harris
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

*Counsel for Plaintiff Andrew Swainson*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record and serve a copy of the same filing via electronic mail on all parties.

    */s/ Miles Quarterman*
    Miles Quarterman
    Paralegal